11866019 FD

AO 442 (Rev. 11/11) Arrest Warrant                                              AGENCY: DEA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

U.S. MARSHAL SERVICE
SEP 24 '25

14637-512

United States of America
v.

ERIC DEWAYNE COBB

Case No. 2:25-MJ-185

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ERIC DEWAYNE COBB

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to distribute 500 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. § 846 and 841(a)(1) and (b)(1)(A))

Date: 9/23/25

City and state: Greeneville, TN

Cynthia Richardson Wyrick, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/2/26, and the person was arrested on *(date)* 10/2/26
at *(city and state)* Jackson

Date: 10/3/26

Cody Moon, DUSM
*Printed name and title*

DEA Arrest